AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**James Bonet**<br>**AKA: N/A**<br>**Date of Birth:  XXXXXXXX**<br>*Defendant(s)* | Case: 1:21-mj-00164<br>Assigned to: Judge Zia M. Faruqui<br>Assign Date: 1/25/2021<br>Description: COMPLAINT W/ ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the

_____ in the District of ___Columbia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1752(a)(1) & (2)- | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; |
| 40 U.S.C. 5104(e)(2)(D) & (G)- | Disorderly Conduct on Capitol Grounds |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

**Mustafa Kutlu, Special Agent**
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: _____01/25/2021_____

_____
*Judge's signature*

City and state:         Washington, D.C.

**Zia M. Faruqui, U.S. Magistrate Judge**
*Printed name and title*