UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No.: 21-cr-121 (EGS) |
| JAMES BONET, : | |
| : | |
| Defendant. : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Alexis J. Loeb.  AUSA Alexis J. Loeb will be substituting for AUSA Christopher A. Berridge.

Respectfully submitted,

MICHAEL R. SHERWIN
ACTING UNITED STATES ATTORNEY
New York Bar No. 4444188

By:   /s/ *Alexis J. Loeb*
Alexis J. Loeb
California Bar No. 269895
Assistant United States Attorney
Detailee
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, DC 20001
Tel. (415) 436-7168
alexis.loeb@usdoj.gov

## CERTIFICATE OF SERVICE

On this 24th day of February 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ *Alexis J. Loeb*
Alexis J. Loeb
Assistant United States Attorney
Detailee