AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00164 |
| James Bonet | ) Assigned to: Judge Zia M. Faruqui |
| AKA: N/A | ) Assign Date: 1/25/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                                          James Bonet                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752(a)(1) & (2)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. 5104(e)(2)(D) & (G)- Disorderly Conduct on Capitol Grounds

Date:   01/25/2021

                                                                                          2021.01.25
                                                                                          21:51:07 -05'00'
                                                                                *Issuing officer's signature*

City and state:         Washington, D.C.                    Zia M. Faruqui, U.S. Magistrate Judge
                                                                                *Printed name and title*

---

**Return**

This warrant was received on *(date)* 01/25/2021, and the person was arrested on *(date)* 01/27/2021
at *(city and state)* Albany, New York.

Date: 01/27/2021

                                                                                *Arresting officer's signature*

                                                                    CORSON WALKER - SPECIAL AGENT
                                                                                *Printed name and title*