UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
UNITED STATES OF AMERICA,

                          Plaintiff,

-v-                                                       CASE NO. 21-CR-121 (EGS)

JAMES BONET,

                          Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## NOTICE OF APPEARANCE

OFFICE OF THE FEDERAL PUBLIC DEFENDER

☒ I, the undersigned, hereby appear as Attorney of Record on behalf of the defendant in the above-entitled action. The Defendant invokes his Fifth and Sixth Amendment Rights to silence and representation by counsel. The Defendant refuses to be questioned or interviewed by anyone without the advice and presence of the undersigned counsel, whether regarding this case or any other investigation. **The Defendant hereby revokes any and all prior consent given to the Government and its agents.**

~ ~ ~ ~ ~

☐ I will appear as counsel for the Defendant. This is the first appearance of counsel from the Office of the Federal Public Defender.

☐ Please accept my appearance as substituted counsel for the Defendant, in place of: _____, who previously appeared from the Office of the Federal Public Defender on behalf of the Defendant in this case.

I certify that I have either completed six credit hours in federal criminal defense continuing education within the past two years or, if not, that I will do so within 30 days from filing this notice of appearance.

I further certify that I am registered for Electronic Case Filing and am familiar with General Order #22.

  Lisa A. Peebles, Esq.                                       */s/Lisa A. Peebles, Esq.*
Name (Printed)                                                  (Signature)

     April 7, 2021
(Date)

cc:    United States Attorneys Office (via ECF)