Matthew Secor

12/22/2021


To whom it may concern


James Bonet asked me to do a character reference.  I was honored to do so. I have known him personally for over six years.


In that time I have known James to be an incredibly hard working person that cares deeply about his community. I know he would drop whatever he was doing to help out a friend or community member in need.


He has acknowledged the wrongdoing that happened on January 6th. Most people in my experience tend to get stuck and constantly dwell on a mistake they have made in the past - or one specific mistake. James has truly tried to understand and learn from the wrong he did.  By going back to school and pursuing his dreams, he hopes to be able to use the lessons he learned from that day to help his community and others that might be in similar places to where he was. In addition to his studies, James has been trying to make the lives of people in his community better by doing community service.


I truly believe James has grown from his mistake since the events of January 6th.  I consider myself lucky to call James Bonet a friend and I know he will accept whatever outcome the Judge deems necessary.


Thank You for your time and consideration