**Current Program**

Associate in Arts

| | |
|---|---|
| Level: | ACC Credit |
| Program: | Liberal Arts-Hum & Soc Sci AA |
| Admit Term: | Fall 2021 |
| Admit Type: | Transfer Matriculated |
| Catalog Term: | Fall 2021 |
| College: | English Division |
| Campus: | Queensbury Campus |
| Major: | Liberal Arts-Hum & Soc Sci AA |
| Major Concentration: | Political Science |

**Coursework**

| CRN | Subject | Course | Section | Course Title | Campus | Midterm Grade | Credits | Level |
|---|---|---|---|---|---|---|---|---|
| 11919 | ENG | 101 | 14 | Introduction to College Writing | Queensbury Campus | C+ | 3.000 | ACC Credit |
| 13835 | HIS | 101 | 8 | Western Civilization Late Middle Ages to the French Revolution | Queensbury Campus | A | 3.000 | ACC Credit |
| 14016 | PED | 132 | AN1 | Lifetime Wellness | On-line | A | 2.000 | ACC Credit |
| 13494 | PSC | 101 | HY1 | Introduction to Political Thought | Queensbury Campus | A | 3.000 | ACC Credit |
| 13429 | PSC | 106 | HF1 | Introduction to Comparative Politics | Queensbury Campus | B+ | 3.000 | ACC Credit |

Select another Term

RELEASE: 8.7.1

© 2021 Ellucian Company L.P. and its affiliates.