# EXHIBIT A
# (Video provided via USAfx)