UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:21-cr-00121-EGS |
| | : | |
| **JAMES BONET,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

**GOVERNMENT'S NOTICE OF FILING OF VIDEO EXHIBITS**
**PURUSANT TO LOCAL CRIMINAL RULE 49**

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following video exhibits to the Government's Sentencing Memorandum, which have been provided to defense counsel and the Court via USAfx. As video clips, they are not in a format that readily permits electronic filing on CM/ECF.

The videos are as follows:

1. Exhibit A: A screen-recording of items posted to social media by James Bonet.

2. Exhibit B: A video of Senator Jeff Merkley surveying damage to his office after the January 6, 2021, riot that was posted to Twitter.

If the Court accepts these proposed video exhibits into evidence, the United States takes the position that the entered exhibits should be promptly released to the public.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
DC Bar No. 481052

*/s/ Alexis J. Loeb*
ALEXIS J. LOEB
CA Bar No. 269895
Assistant United States Attorney
Detailee
U.S. Attorney's Office for the Northern District of California
450 Golden Gate Ave., 11th Floor
San Francisco, CA, 94102