Advertisement

Opinion

# Former U.S. Rep. James Walsh: GOP must stop Trump to save our democracy (Guest Opinion)

Updated: Jan. 19, 2022, 10:04 a.m. | Published: Jan. 19, 2022, 6:00 a.m.



Former U.S. Rep. Jim Walsh participates in a discussion with Assembly Member Pam Hunter after 24th Congressional District candidates John Katko and Dana Balter debated live in the Syracuse.com newsroom Wednesday, Oct. 24, 2018. (Scott Schild | sschild@syracuse.com) Scott Schild | sschild@syracuse.

  1,590 shares

**By James T. Walsh**

*James T. Walsh, a Republican, represented Central New York in Congress for 20 years until retiring in 2008.*

In my lifetime, I have never worried about our democracy until now.

Donald Trump is a clear threat to our way of government. I will attempt to give a logical explanation as to why we should all be worried about him.

I didn't support him when he ran for president but I attended his Inauguration in 2017, as I had the previous seven. I did so out of respect for the office, for our form of government which requires a peaceful transition of power and for the tradition of bipartisanship which is required after an American presidential election.

Advertisement

Case 1:21-cr-00121-EGS   Document 47-1   Filed 01/24/22   Page 3 of 5

The day of his Inauguration, Trump told two lies. Just after making his inaugural address, he said the rain stopped during his speech and the sun came out. Anyone who attended knew that wasn't true. Then he said it was the largest crowd ever to attend an inauguration. Not even close.

Why would he lie about such trivial things on his first day in office? As if being President of the United States wasn't enough to assuage his insecurity.

It begs a larger question too; if he would lie about such trivial things as the weather and attendance, what wouldn't he lie about?

In fact, prior to his election in 2016 he said the election process was fixed against him. Yet, he won. He lost the popular vote by over 2 million votes but he won the electoral count. Fair and square. He didn't contest the results nor did Hillary Clinton, though I am sure she was bitterly disappointed. She believed in the system. Al Gore did the same when the Supreme Court decided against him in his close election with George W. Bush. Trump won his election and still called it fixed. What was the point? The point was to undercut the faith of the American people in the system. He succeeded. Never have more people questioned the validity of our election process or questioned the authority of the government. This is what tyrants do to take and hold power.

I am a Republican and always have been, long before Trump switched parties and joined the Republican Party in 2009. I believe in the traditional tenets of the Republican Party which was founded in pre-Civil War America. The party was anti-slavery, pro-business and strong on our national defense. We have no use for royalty or anyone else who acts that way, including despots and tyrants. I see those qualities in Trump.

He says, "I am the only one who can fix the country." To my fellow Republicans, if anyone else said that, you would laugh them out of the place, as either naive or despotic. He says, "I am smarter than the generals." Yet, he knows nothing of war or the history of military science. He said, "I am the one who will get the best deals for America," and yet after four years with the Trump Administration, we are at loggerheads with our allies; North Korea is still a rogue state; Russia is threatening Ukraine; and China still controls our supply chain. He started a poorly planned trade war with China that we are still recovering from. The cost to our farmers would have been catastrophic but he reached into the taxpayers' pocket with bailouts to cover their losses. He made a huge mess out of the government's response to Covid. Hydroxychloroquine or Clorox, anyone? He did all of this while racking up $4 trillion in debt in four years; far more than any other president.

But all of that pales in comparison to what he did just over one year ago. Following a clear-cut loss in the election, where Trump lost the popular vote by over 7 million (5%) and the electoral vote by 74 (14%), he

Former U.S. Rep. James Walsh: GOP must stop Trump to save our demo...    https://www.syracuse.com/opinion/2022/01/former-us-rep-james-walsh-...

For the first time in American history, we had a violent transfer of power.

So now the Republican Party, my party and the party of Lincoln, continues to yield fealty to Trump to the point where you have to believe his biggest of lies. The party has lost its way. It is shocking to me how so many of my fellow elected Republicans have either bought into this lie or just are afraid to call it what it is. This is something out of a dictator's playbook. It reminds me of how the Nazis convinced the population of Germany that they didn't lose World War I. If you think people aren't susceptible to this kind of thing, look back into history. It has happened time and again.

And now Trump is readying himself for another run for president. How can this be possible? Have we lost all sense of the truth and respect for each other? Please, fellow Republicans, don't let this happen. Search your souls and ask the questions; is this man good for our country? Does he have the character needed to protect and defend the Constitution? Does he put the country ahead of his own ambition? Is he capable of being America's first tyrant? If a Democratic president had done this, what would we be doing about it?

I have visited the White House many times. Etched into the mantel of the fireplace in the State Dining Room are the words "May none but Honest and Wise Men rule under this Roof." Donald Trump is neither.

Please don't give this man an opportunity to bring our democracy to the brink, or beyond, again.

Note to readers: if you purchase something through one of our affiliate links we may earn a commission.

## Around the Web

### Mature Trainer: This Is What "Ripped" Old Guys Do Differently (Genius!)
**Power Life** | Sponsored

### The Worst Actors Of All Time, Ranked in Order
**Comedy** | Sponsored

Case 1:21-cr-00121-EGS   Document 47-1   Filed 01/24/22   Page 5 of 5



Registration on or use of this site constitutes acceptance of our User Agreement, Privacy Policy and Cookie Statement, and Your California Privacy Rights (User Agreement updated 1/1/21. Privacy Policy and Cookie Statement updated 5/1/2021).

Cookies Settings

© 2022 Advance Local Media LLC. All rights reserved (About Us).
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Advance Local.

Community Rules apply to all content you upload or otherwise submit to this site.

▷Ad Choices

Dr Marty | Sponsored