UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 1:21-cr-00121-EGS |
| : | |
| **JAMES BONET,** : | |
| : | |
| **Defendant.** : | |
| : | |

**GOVERNMENT'S NOTICE OF FILING OF VIDEO EXHIBITS
PURUSANT TO LOCAL CRIMINAL RULE 49**

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49 of the following video exhibit to the Government's Reply Sentencing Memorandum, which has been provided to defense counsel and the Court via USAfx. As a video clip, it is not in a format that readily permits electronic filing on CM/ECF.

The video is as follows:

1. Exhibit D: a news segment from WTEN (an ABC news network serving the Albany, New York area) entitled *Glen Falls man arrested in Capitol riot reflects one year later,* posted on January 6, 2022 and available at https://www.news10.com/top-stories/glens-falls-man-arrested-in-capitol-riot-reflects-on-year-later/

If the Court accepts this proposed video exhibit into evidence, the United States takes the position that the entered exhibit should be promptly released to the public.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
DC Bar No. 481052

*/s/ Alexis J. Loeb*
ALEXIS J. LOEB
CA Bar No. 269895
Assistant United States Attorney
Detailee
U.S. Attorney's Office for the Northern District of California
450 Golden Gate Ave., 11th Floor
San Francisco, CA, 94102