UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| v. | : | Case No.: 21-CR-121 (EGS) |
| | : | |
| | : | |
| **JAMES BONET,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF NON-OPPOSITION

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, does not oppose the relief requested in the Application for Access to Video Exhibits, ECF No. 57.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:   __/s/ *Alexis J. Loeb*_____
Alexis J. Loeb
California Bar No. 269895
Assistant United States Attorney
Detailee
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102
Tel. (415) 436-7168
alexis.loeb@usdoj.gov

## CERTIFICATE OF SERVICE

On this 1st day of July, 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                                /s/ *Alexis J. Loeb*
                                                Alexis J. Loeb
                                                Assistant United States Attorney
                                                Detailee