IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

CASE NO. 1:21-CR-121-001 (EGS)

JAMES BONET,

Defendant.

---

## RESPONSE TO APPLICATION FOR ACCRESS TO VIDEO EXHIBITS

Defendant's counsel has reviewed the Application for Access to Video Exhibits filed by Press Coalition on August 22, 2022 (Dkt. No. 57) and does not oppose the relief requested.

Dated:         August 29, 2022          By: s/ *Lisa A. Peebles, Esq.*
                                        Federal Public Defender
                                        Office of the Federal Public Defender
                                        Bar Roll No. 507041
                                        Clinton Exchange, 3rd Floor
                                        4 Clinton Street
                                        Syracuse, New York   13202
                                        (315) 701-0080

1